UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAMION WHYTE,                                                     :
:
                        Plaintiff,                  :     24-CV-04742 (JAV)
:
             -v-                                           :     NOTICE OF PRETRIAL
:     <u>CONFERENCE</u>
PRIAN LLC and DIANA PRIAN,                                        :
:
                       Defendants.                 :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All parties must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Counsel for all parties shall appear for a pretrial conference with the Court on **February 18, 2025** at **10 AM.** The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The parties are hereby **ORDERED** to submit a Post-Fact Discovery Joint Status Letter as required by Section 8(d) of the Court's Individual Rules and Practices in Civil Cases by no later than **January 6, 2025**. The parties are **FURTHER ORDERED** to submit a Post-Expert Discovery Joint Status Letter by no later than **February 14, 2025**, as required by Section 8(e) of the Court's Individual Rules and Practices in Civil Cases.

      The conference previously scheduled for January 2, 2025, is adjourned. Note that all other deadlines set forth in the existing Case Management Plan (ECF No. 11) are still in effect. Any open legal issues can be addressed at the conference.

      If this case has been settled or otherwise terminated, counsel are not required to submit the joint letters or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket by the due date for the joint letter or conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

      In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next

scheduled appearance before the Court.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

    SO ORDERED.

Dated: December 18, 2024
       New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge