UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMION WHYTE,

                        Plaintiff,                      **ORDER**
                                                                **24-CV-4742 (JAV) (JW)**

        -against-

PRIAN LLC, et al.,

                        Defendants.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      A settlement conference was held on September 4, 2025. No settlement was reached, but the parties remain open to further negotiation. By September 29, 2025, the parties are to either: (1) jointly email courtroom deputy Christopher Davis, [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov), in order to schedule a second conference if the parties believe it would be productive; or (2) provide the Court a joint status letter about next steps if the parties believe it would not be productive.

      SO ORDERED.

DATED:    New York, New York
              September 5, 2025

                                                                   JENNIFER E. WILLIS
                                                                   United States Magistrate Judge