**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAMION WHYTE,

                         Plaintiff,

           -against-

PRIAN LLC, et al.,

                         Defendants.
-----------------------------------------------------------------

|  | **ORDER** |
|---|---|
|  | **24-CV-4742 (JAV)(JW)** |

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

This matter has been referred for settlement.  Dkt. No. 53.

The conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York.  Parties must attend in person with their counsel.  **The Parties should be prepared for the settlement conference to last all day.** Corporate Parties must send the person with decision-making authority to settle the matter to the conference.

Because this is a second settlement conference, the Parties <u>need not</u> comply with the Standing Order for All Cases Referred for Settlement.  However, the Parties are to submit letters <u>one week</u> before the scheduled settlement conference to include any changes in settlement position and any newly revealed facts germane to settlement. <u>The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov.</u>

SO ORDERED.

DATED:    New York, New York
              January 27, 2026

                               _Jennifer E. Willis_
                               JENNIFER E. WILLIS
                               United States Magistrate Judge